UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAINT JERMAINE ENDELEY,

                              Plaintiff,

            -against-

NEW YORK CITY; DEPARTMENT OF
CORRECTIONS; UNNAMED OFFICERS,

                              Defendants.

23-CV-7050 (LTS)

CIVIL JUDGMENT

 

For the reasons stated in the December 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 11, 2023
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge